IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUDITH A. KELLER,

    Plaintiff,

vs.                                                                  CIV No. 00-1667 MV/LFG

BOARD OF EDUCATION OF THE
CITY OF ALBUQUERQUE, NEW
MEXICO, and BRADFORD ALLISON,

    Defendants.

## ORDER VACATING PRETRIAL CONFERENCE

**IT IS HEREBY ORDERED** that the pretrial conference scheduled for Wednesday, March 20, 2002 at 10:00 AM, be, and the same is, vacated and will be rescheduled by further Order of the Court.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**